[No. 23333-9-II.  Division Two.  June 18, 1999.]

PRECISION LABORATORY PLASTICS, INC., *Appellant*, v. MICRO TEST, INC., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-00036-6, H. John Hall, J., entered May 1, 1998. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J. Now published at 96 Wn. App. 721.

[No. 23353-3-II.  Division Two.  June 18, 1999.]

*In the Matter of the Marriage of* THERESA L. ROSBACH, *Respondent*, and JAMES A. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 86-3-00038-3, Kenneth D. Williams, J., entered August 3, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23470-0-II.  Division Two.  June 18, 1999.]

JAMES H. HARDING, ET AL., *Appellants*, v. OLYMPIC PIPE LINE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-2-02261-3, Wm. Thomas McPhee, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23475-1-II.  Division Two.  June 18, 1999.]

JOSEPH A. BREWER III, ET AL., *Appellants*, v. MARK BROWN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00290-8, Daniel J. Berschauer, J., entered June 12, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Houghton, J.